

**FILED**

OCT 18 2018

Clerk, U.S. District Court
District Of Montana
Billings

**COLIN M. RUBICH**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JERAMIE MARCUM CARR, TYLER JAMES HARRIS, and SEBASTION JOEL GUETTER, <br><br> Defendants. | CR 18-129-BLG-SPW <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> (Count I) <br> Title 21 U.S.C. § 846 <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> (Count II) <br> Title 21 U.S.C. § 841(a)(1) and <br> Title 18 U.S.C. § 2 <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

|  | TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

On or about July 3, 2018, at Billings and within Yellowstone County, in the State and District of Montana and elsewhere, the defendants, JERAMIE MARCUM CARR, TYLER JAMES HARRIS, and SEBASTION JOEL GUETTER, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

On or about July 3, 2018, at Billings and within Yellowstone County, in the State and District of Montana and elsewhere, the defendants, JERAMIE MARCUM CARR, TYLER JAMES HARRIS, and SEBASTION JOEL GUETTER, knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and did aid and abet the

same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

for _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ all _____
Bail: _____

3